## Carl FRISCO, Appellant, v. R. W. ALVIS, as Warden, Ohio State Penitentiary, and the State of Ohio, Appellee.

### No. 10983.

United States Court of Appeals
Sixth Circuit.

Feb. 16, 1950.

Carl Frisco, Columbus, Ohio, for appellant.

Walter Hill, Columbus, Ohio, for appellees.

Before SIMONS, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon an appeal from an order of the District Court denying appellant's petition for a writ of habeas corpus, and there being no allegation by appellant in his petition, or showing that he has exhausted his remedies in the state court, and the court being duly advised,

Now, therefore, it is hereby ordered, adjudged, and decreed that the order of the District Court denying appellant's petition for a writ of habeas corpus be and is hereby affirmed.

## Donald DOLAN, Appellant, v. R. W. ALVIS, as Warden, Ohio State Penitentiary, and The State of Ohio, Appellees.

### No. 10951.

United States Court of Appeals
Sixth Circuit.

Feb. 3, 1950.

Donald Dolan, in pro per.

Walter Hill, Asst. Atty. Gen., for appellees.

Before HICKS, Chief Judge, ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

This appeal has been duly considered upon the record and upon the respective briefs of the appellant and the appellees;

And it appearing that appellant has not sufficiently indicated that he has exhausted the remedies available to him in the courts of Ohio, as required by section 2254, Title 28, of the United States Code Annotated.

The order of the United States District Court denying the application of appellant for writ of *habeas corpus* is affirmed.

## Aloys Russell LANDES, Appellant, v. UNITED STATES of America, Appellee.

### No. 10957.

United States Court of Appeals
Sixth Circuit.

Feb. 16, 1950.

Ralph H. Logan, Louisville, Ky., for appellant.

David C. Walls, Louisville, Ky., for appellee.

Before HICKS, Chief Judge, and MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs, and arguments of counsel, upon consideration whereof the court is of the opinion that there is no reversible error in the record.

It is therefore ordered and adjudged that the order appealed from, entered in the District Court on June 13, 1949, be and the same is in all things affirmed upon the grounds and for the reasons set forth by the District Judge in the aforesaid order.